# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.

**JUAN CARLOS TIZNADO CARILLO**
**EDUARDO AGUAYO**
**HANI S. SHALASH and**
**RUBEN DAVID LEON-VERA,**

      **Defendants.**

Case No. 2:07-CR-124
JUDGE EDMUND A. SARGUS, JR.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Indictment. (ECF No. 320.) The defendants have been fugitives since August 30, 2007.

The Motion to Dismiss the Indictment is **GRANTED** and this case is now **DISMISSED** without prejudice.

    IT IS SO ORDERED.


**1/26/2023**
**DATED**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**